IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JOHN ROBERT DEMOS JR., | ) | CIV. NO. 08-00031 SOM-KSC |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | ORDER DENYING MOTION FOR |
| | ) | RECONSIDERATION |
| THE STATE OF WASHINGTON, THE | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondents. | ) | |
| _____ | ) | |

## ORDER DENYING MOTION FOR RECONSIDERATION

On January 14, 2008, petitioner John Robert Demos Jr., a Washington state prisoner, submitted a petition that the court construed as brought pursuant to 28 U.S.C. § 2254.  Demos also filed an *in forma pauperis* application.

On January 18, 2008, the court denied Demo's *in forma pauperis* application and dismissed Demos's petition and action for lack of jurisdiction.  (*See* Doc. No. 4, Order Denying In Forma Pauperis Application and Dismissing Case (finding that Demos failed to name a proper respondent to the petition and failed to bring the petition in the district where he was either convicted or is confined).)  The court also found that Demos's petition was duplicative of a petition that he filed on January 10, 2008, in the United States District Court for the Western District of Washington.  *See Demos v. State of Washington, et al.*, 08-mc-00013 JLR (W.D. Wash., Jan. 10, 2008).  *See Cato v. United States,* 70 F.3d 1103, 1105 n.2 (9th Cir. 1995) (action is

frivolous if complaint "merely repeats pending or previously litigated claims").

On January 28, 2008, Demos filed a "Motion for Reconsideration, or in the Alternative, a Notice of Appeal." Demos first says that, although the court dismissed his petition, it did not dismiss his action.  Demos is incorrect.  His petition was dismissed and judgment was entered in his action on January 18, 2008.

Demos next states that he would like to correct the deficiencies in his pleading.  Demos reiterates his confusing and frivolous arguments that he is not a United States citizen, but a "state citizen," and cannot, therefore, be "convicted in a military court."  (Mot. 3.)[1]  Demos insists this court has jurisdiction over his action because Hawaii has seceded from the United States.  Demos makes further nonsensical arguments that the State of Washington is bankrupt, and that, as a state citizen, he can only be prosecuted by way of grand jury indictment, and that he was denied a jury of his peers.

Demos fails to demonstrate any reasons that this court should reconsider its prior decision or set forth facts or law of a strongly convincing nature to induce this court to reverse its

---

[1] Demos numbers his motion as 1, 11, 111, and 1V.  As this numbering system mixes Arabic and Roman Numerals and is not consecutive or understandable, the court numbers his pages in standard fashion, i.e., 1, 2, 3, etc.

prior decision.  *See Donaldson v. Liberty Mut. Ins. Co.*, 947 F. Supp. 429, 430 (D. Haw. 1996); *Na Mamo O 'Aha 'Ino v. Galiher*, 60 F. Supp. 2d 1058, 1059 (D. Haw. 1999) (citation omitted).  Demos presents no change in controlling law showing that this court has jurisdiction over his claims, or new evidence not previously available to him showing the same, or the need to correct clear or manifest error in law or fact to prevent a manifest injustice. *See Mustafa v. Clark County School District*, 157 F.3d 1169, 1178-79 (9th Cir. 1998)

Demos's Motion for Reconsideration is DENIED.  As the court has found that it lacks jurisdiction to consider Demos's petition, which is frivolous on its face, this Order shall also serve as a Denial of Certificate of Appealability in this action. The Clerk of Court is directed to process Demos's filing as his Notice of Appeal.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, January 29, 2008.



 /s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge

*Demos v. The State of Washington, et al.*, Civ. No. 08-00031 SOM; Order Denying Motion for Reconsideration; dmp/ Recon 08/ Demos 08-31 SOM (dny hab friv.)